TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00671-CR

Lewis Ray Stroud, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF HARRIS COUNTY, 337TH JUDICIAL DISTRICT

NO. 819,135, HONORABLE JON N. HUGHES, JUDGE PRESIDING

PER CURIAM

Appellant's pro se motion to dismiss this appeal is granted. See Tex. R. App. P.
42.2(a). The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: November 12, 1999

Do Not Publish